IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-165-SLR |
| v. | ) |
| | ) |
| AMAZON.COM INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on May 21, 2010, Plaintiff Golden Bridge Technology, Inc. ("Plaintiff") filed the action styled as *Golden Bridge Technology, Inc. v. Apple Inc. et. al.*, C.A. No. 10-428 (SLR), alleging infringement of U.S. Patent Nos. 7,359,427 B2 and 6,574,267 C1 ("the Apple Action");

WHEREAS on February 24, 2011, Plaintiff filed the action styled as *Golden Bridge Technology, Inc. v. Amazon.Com Inc., et. al.*, C.A. No. 11-165 (SLR) for infringement of U.S. Patent Nos. 7,359,427 B2 and 6,574,267 C1 (the "Amazon Action");

WHEREAS by agreement of the parties, the Amazon Action was stayed pending entry of final judgment in the Apple Action;

WHEREAS on June 25, 2013, this Court entered a Rule 54(b) Final Judgment in the Apple Action, and on July 1, 2013, this Court entered an Amended Rule 54(b) Final Judgment in the Apple Action;

WHEREAS on July 3, 2013, Plaintiff filed a Notice of Appeal to the Court of Appeals for the Federal Circuit in the Apple Action (D.I. 345 in C.A. No. 10-428) seeking appellate review of this Court's claim construction and non-infringement determination with regard to Apple Inc.;

WHEREAS the Court of Appeals for the Federal Circuit has docketed Plaintiff's appeal and assigned it No. 2013-1496 (the "Federal Circuit Appeal");

WHEREAS all parties to the above-captioned action are presently in agreement that maintaining the stay of this action pending resolution of the Federal Circuit Appeal is in the best interests of the parties and the Court and will promote judicial economy; and

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the undersigned counsel that, subject to the Court's approval, all proceedings in the above-captioned action shall be stayed until further order of the Court or until such time as the parties jointly advise the Court that the Federal Circuit Appeal has concluded.

| | |
|---|---|
| Dated: October 8, 2013 | MCCARTER & ENGLISH, LLP |
| | By: /s/ Daniel M. Silver<br>Michael P. Kelly (DE #2295)<br>Daniel M. Silver (DE #4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6300<br>Fax: (302) 984-6399<br>mkelly@mccarter.com<br>dsilver@mccarter.com |
| | *Attorneys for Plaintiff*<br>*Golden Bridge Technology, Inc.* |

Dated: October 8, 2013     POTTER ANDERSON & CORROON, LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Fl.
    1313 N. Market St.
    P.O. Box 951
    Wilmington, DE 19899–0951
    (302) 984–6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Amazon.Com, Inc.*

Dated: October 8, 2013     MORRIS NICHOLS ARSHT & TUNNELL, LLP

By: /s/ Thomas C. Grimm
    Thomas C. Grimm (#1098)
    Jeremy A. Tigan (#5239)
    1201 N. Market St.
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    tgrimm@mnat.com
    jtigan@mnat.com

*Attorneys for Defendants*
*Barnes & Noble, Inc., Barnesandnoble.com LLC and Barnesandnoble.com Inc.*

Dated: October 8, 2013     RICHARDS, LAYTON & FINGER, PA

By: /s/ Steven J. Fineman
    Steven J. Fineman (#4025)
    One Rodney Square
    920 N. King St.
    Wilmington, DE 19801
    (302) 651–7700
    fineman@rlf.com

*Attorneys for Defendant Dell Inc.*

| | |
|---|---|
| Dated:  October 8, 2013 | POTTER ANDERSON & CORROON, LLP |
| | |
| | By: /s/ David E. Moore |
| | Richard L. Horwitz (#2246) |
| | David E. Moore (#3983) |
| | Hercules Plaza, 6th Fl. |
| | 1313 N. Market St. |
| | P.O. Box 951 |
| | Wilmington, DE 19899–0951 |
| | (302) 984–6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | |
| | *Attorneys for Defendant* |
| | *Hewlett-Packard Company* |
| | |
| Dated:  October 8, 2013 | MORRIS NICHOLS ARSHT & TUNNELL, LLP |
| | |
| | By: /s/ Thomas C. Grimm |
| | Thomas C. Grimm (#1098) |
| | 1201 N. Market St. |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| | (302) 658-9200 |
| | tgrimm@mnat.com |
| | |
| | *Attorneys for Defendants* |
| | *HTC Corp. (aka High Tech Computer Corp.), HTC (BVI) Corp., HTC America Inc. and Exedea Inc.* |

Dated:  October  8, 2013                POTTER ANDERSON & CORROON, LLP

                                        By:  /s/ Philip A. Rovner
                                            Philip A. Rovner (#3215)
                                            Hercules Plaza, 6th Fl.
                                            1313 N. Market St.
                                            P.O. Box 951
                                            Wilmington, DE 19899−0951
                                            (302) 984−6000
                                            provner@potteranderson.com

                                        *Attorneys for Defendant*
                                        *Lenovo (United States) Inc.*

Dated:  October  8, 2013                FISH & RICHARDSON PC

                                        By:  /s/ Thomas L. Halkowski
                                            Thomas Lee Halkowski (#4099)
                                            222 Delaware Ave.
                                            P.O. Box 1114
                                            Wilmington, DE 19899-1114
                                            (302) 652-5070
                                            halkowski@fr.com

                                        *Attorneys for Defendants*
                                        *LG Electronics Inc. and LG Electronics*
                                        *Mobilecomm USA Inc.*

Dated:  October  8, 2013                POTTER ANDERSON & CORROON, LLP

                                        By:  /s/ David E. Moore
                                            Richard L. Horwitz (#2246)
                                            David E. Moore (#3983)
                                            Hercules Plaza, 6th Fl.
                                            1313 N. Market St.
                                            P.O. Box 951
                                            Wilmington, DE 19899−0951
                                            (302) 984−6000
                                            rhorwitz@potteranderson.com
                                            dmoore@potteranderson.com

                                        *Attorneys for Defendant Palm, Inc.*

Dated:  October 8, 2013                    PARKOWSKI , GUERKE & SWAYZE, P.A.

                                              By: /s/ John C. Andrade
                                                  John C. Andrade (# 1037)
                                                  Michael W. Arrington (# 3603)
                                                  116 West Water Street
                                                  P.O. Box 598
                                                  Dover, DE 19903
                                                  (302) 678−3262
                                                  jandrade@pgslegal.com
                                                  marrington@pgslegal.com

*Attorneys for Defendant*
 *Pantech Corp. (formerly known as Pantech Co. Ltd.) and Pantech Wireless Inc.*

Dated:  October  8, 2013                    MORRIS JAMES LLP

                                              By: /s/ Mary B. Matterer
                                                  Richard K. Herrmann (#405)
                                                  Mary B. Matterer (#2696)
                                                  500 Delaware Avenue, Suite 1500
                                                  P.O. Box 2306
                                                  Wilmington, DE 19899−2306
                                                  (302) 888-6800
                                                  rherrmann@morrisjames.com

*Attorneys for Defendants*
 *Research In Motion and Research In Motion Corporation*

ME1 16251727v.2

Dated:  October 8, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

By: /s/ Thomas C. Grimm
    Thomas C. Grimm (#1098)
    Jeremy A. Tigan (#5239)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    tgrimm@mnat.com
    jtigan@mnat.com

*Attorneys for Defendants*
*Sierra Wireless Inc. and Sierra Wireless America Inc.*

Dated:  October 8, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

By: /s/ Rodger D. Smith, II
    Rodger D. Smith, II (#3778)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    rsmith@mnat.com

*Attorneys for Defendants Sony Electronics Inc., Sony Corporation of America and Sony Mobile Communications (USA) Inc. (formerly known as Sony Ericsson Mobile Communications (USA) Inc.)*

| | |
|---|---|
| Dated: October 8, 2013 | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| | By: /s/ Thatcher A. Rahmeier |
| |     Zhun Lu (# 4427) |
| |     Thatcher A. Rahmeier (# 5222) |
| |     Rudolf E. Hutz (# 484) |
| |     The Nemours Building |
| |     1007 North Orange Street |
| |     Wilmington, DE 19899 |
| |     Tel: (302) 888-6207 |
| |     zhun.lu@novakdruce.com |
| |     thatcher.rahmeier@novakdruce.com |
| |     rudy.hutz@novakdruce.com |

*Attorneys for Defendants
ZTE Corporation, ZTE (USA) Inc. and ZTE Solutions Inc.*

**APPROVED AND SO ORDERED**

DATED _____2013             _____
                                                                    UNITED STATES DISTRICT JUDGE